# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Rachelle Jarroe Takala,<br><br>            Defendant. | No. 3:21-MJ-04328-CDB<br><br>**ORDER OF DISMISSAL** |

The Court having considered the government's Motion to Dismiss (Doc. 5), no objection by defense counsel, and good cause appearing,

**IT IS ORDERED** that the motion is **GRANTED.** This matter is dismissed with prejudice. Any further proceedings are **VACATED.**

Dated this 29th day of October, 2021.

_____
Camille D. Bibles
United States Magistrate Judge